

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2015

No. 04-14-00124-CV

**WESTFREIGHT SYSTEMS INC**.,
Appellant

v.

John Michael **HEUSTON**, individually and as dependent administrator of the Estate of Juana
Garza, deceased, and Geronimo Rodriguez, individually,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-03-50966-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The Appellant's Westfreight's Motion for Leave to File Surreply is GRANTED.

It is so ORDERED on this 27th day of February, 2015

**PER CURIAM**

Attested to:_____

Keith E. Hottle
Clerk of Court